Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000636
15-OCT-2018
09:24 AM

NO. CAAP-17-0000636

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROY PHILLIP MESKER, Plaintiff-Appellee,
v.
BRENDAN DAMON ETHINGTON, formerly known as
BRENDAN DAMON MESKER, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 03-1-3354)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed August 20, 2018, by Defendant-Appellant Brendan Damon Ethington, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, October 15, 2018.

Chief Judge

Associate Judge

Associate Judge

2